No. 77–510. UNITED STATES *v.* NEW MEXICO. Sup. Ct. N. M. [Certiorari granted, 434 U. S. 1008.] Motion of respondent for divided argument granted.

No. 77–528. FEDERAL COMMUNICATIONS COMMISSION *v.* PACIFICA FOUNDATION ET AL. C. A. D. C. Cir. [Certiorari granted, 434 U. S. 1008.] Motion of American Broadcasting Co. et al. for leave to participate in oral argument as *amici curiae* denied.

No. 77–529. WISE, MAYOR OF DALLAS, ET AL. *v.* LIPSCOMB ET AL. C. A. 5th Cir. [Certiorari granted, 434 U. S. 1008.] Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General to permit Peter Buscemi, Esquire, to present oral argument *pro hac vice* granted.

No. 77–539. ZENITH RADIO CORP. *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, 434 U. S. 1060.] Motions of Ford Motor Co., Craig Corp. et al., Union des Industries de la Communauté Europeenne, and American Importers Assn., Inc., for leave to file briefs as *amici curiae* granted.

No. 77–693. WILL, U. S. DISTRICT JUDGE *v.* CALVERT FIRE INSURANCE CO. ET AL. C. A. 7th Cir. [Certiorari granted, 434 U. S. 1008.] Motion of American Mutual Reinsurance Co. for additional time for oral argument denied without prejudice. Should petitioner cede a total of 10 minutes, divided argument is granted.

No. 77–1036. LARSEN, ACTING COMMISSIONER OF LABOR OF THE VIRGIN ISLANDS *v.* ROGERS. Appeal from C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–6394. LeFEBRE *v.* WISCONSIN ET AL.; and

No. 77–6450. DAVIDSON *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.